```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 07-61811-CIV-ZLOCH
```

COLIN PHIPPS,

    Plaintiff,
vs.                                              **ORDER ENTERING DEFAULT**

A.G.P.A. ADJUSTERS, INC., and
ROLANDO GONZALEZ,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    The Court notes that on or about April 10, 2008, Defendant Rolando Gonzalez, was duly served with a copy of the Summons and Complaint filed herein and that said Defendant has failed to file the appropriate Motion or responsive pleading within the time prescribed by law. See DE 5.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Pursuant to Rule 55 Default be and the same is hereby entered against Defendant Rolando Gonzalez. Default Final Judgment shall be entered by separate Order of the Court; and

    2. By noon, Thursday, May 22, 2008, Plaintiff Colin Phipps shall submit a Motion For Final Judgment By Default, with supporting Affidavits and Exhibits, including an Affidavit in accord with 50 U.S.C. Appendix § 520, together with a proposed

Default Final Judgment as to Defendant Rolando Gonzalez.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of May, 2008.

                                           _/s/ William J. Zloch_
                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies furnished:

All Counsel of Record